# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2025

## NO. 03-25-00044-CV

**Peace and Pines, LLC, Appellant**

**v.**

**Kenneth Timerman; Serene Vibes, LLC; David Anthony Buttross II; Matthew Morgan; and Southwest Land Invest, LLC, Appellees**

### APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES KELLY, CRUMP, AND ELLIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on October 24, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.